**IN THE UNITED STATES COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| THE ESTATE OF TIMOTHY JOSEPH BEST, II, by and through its personal representative, SHAWN M. BEST, et al.<br>Plaintiff,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JOHNSON COUNTY, KANSAS, et al.<br><br>Defendants. | Case No. 2:26-cv-2137 |

**MOTION TO DISMISS**

Defendants, Board of County Commissioners of the County of Johnson County, Kansas, Calvin Hayden, Byron Roberson, Michael Levin and Marcus Wright moves this Court pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) for dismissal of Plaintiff's Complaint for the reasons set forth in their Memorandum which, pursuant to D. Kan. Rule 7.1(a), is filed contemporaneously.

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

/s/Alex S. Gilmore
Alex S. Gilmore KS #27334
Kirk T. Ridgway KS #17172
9393 W. 110th St., Suite 300
Overland Park, Kansas 66210
(913) 339-6757; Fax: (913) 339-6187
agilmore@fpsslaw.com
kridgway@fpsslaw.com
**ATTORNEY FOR COUNTY DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that on June 1, 2026, I electronically filed the foregoing with the Court and that an electronic notice of filing and a copy of the foregoing will automatically be sent to:

Thomas Porto
THE POPHAM LAW FIRM
712 Broadway, Suite 100
Kansas City, MO 64105
T: 816-221-2288
tporto@pophamlaw.com

Andrew Schermerhorn
SCHERMERHORN LAW, PC
4520 Main St., Ste. 700
Kansas City, MO 64111
T: 816-285-6022
andy@schermlaw.com
**ATTORNEYS FOR PLAINTIFF**

John Hicks
Sarah Wood
NORRIS KEPLINGER
HICKS & WELDER, LLC
11551 Ash Street
Becker Building, Suite 200
Leawood, KS 66211
jh@nkfirm.com
swood@nkfirm.com
**ATTORNEYS FOR DEFENDANTS VITAL CORE HEALTH STRATEGIES, TARA CLINE AND STACY HEALD**

/s/Alex S. Gilmore
Alex S. Gilmore