# EXHIBIT A

**IN THE UNITED STATES COURT**
**DISTRICT OF KANSAS**

| | | |
|---|---|---|
| THE ESTATE OF TIMOTHY JOSEPH BEST, II, by and through its personal representative, SHAWN M. BEST, et al.<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JOHNSON COUNTY, KANSAS, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:26-cv-2137 |

AFFIDAVIT

STATE OF KANSAS )
) ss:
COUNTY OF JOHNSON )

Before me, the undersigned authority, personally appeared Amy Meeker-Berg, who being by me duly sworn, states as follows:

1. My name is Amy Meeker-Berg. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

2. I am Clerk of Johnson County, Kansas. In my official capacity as County Clerk, I am a custodian of records, or have access to records, concerning written notices of claim filed with Johnson County pursuant to the Kansas Tort Claims Act, K.S.A. 12-105b.

3. On May 18, 2026, at the request of counsel for Johnson County in the above-captioned action, I conducted a diligent search of Johnson County's records for any written notice of claim submitted by or on behalf of: (a) the Estate of Timothy Joseph Best, II; (b) Timothy Best, Sr.; (c) Shawn M. Best; or (d) any representative, agent, or attorney acting on their behalf, relating to the death of Timothy Joseph Best, II, which occurred at the Johnson County Adult Detention Center on or about June 5, 2024.

4. Based upon my diligent search of Johnson County's records, I found no written notice of claim submitted to Johnson County, the Office of the Johnson County Clerk, County Risk Management or the Board of County Commissioners of Johnson County by or on behalf of any of the above-named individuals or the Estate of Timothy Joseph Best, II, in connection with the events alleged in this litigation.

5. Specifically, Johnson County has received no written notice of claim, whether by personal delivery, certified mail, regular mail or any other means, from or on behalf of Plaintiffs or

their representatives: (a) directed to the Board of County Commissioners of Johnson County; (b) directed to the Johnson County Adult Detention Center; (c) directed to any agent or officer of Johnson County in connection with the circumstances of Timothy Best's death; or (d) pertaining to any event, claim, or cause of action described in the First Amended Complaint filed in the above-captioned matter.

FURTHER, AFFIANT SAYETH NOT.

Amy Meeker-Berg

Amy Meeker-Berg, County Clerk of Johnson County, Kansas

Subscribed and sworn to before me this 28 day of May, 2026.

Kristen Walters

Notary Public

My Commission Expires:
9/24/29

KRISTEN WALTERS
Notary Public, State of Kansas
My Appointment Expires
9/24/29